HORN & HARDART COMPANY, Plaintiff, *v.* 115 EAST 14TH STREET COMPANY, INC., Defendant-Respondent, and THIRD HOLDING CORPORATION, Defendant-Appellant.

Submitted June 7, 1943; decided June 18, 1943.

*Samuel Ross Ballin* and *William Dean Embree* for motion.

*Charles H. Tuttle, Stoddard B. Colby* and *Charles Fredericks* opposed.

Motion denied, with leave to renew upon the argument.